THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH COLAGNA, Appellant.

*Appeal — failure to file return.*

*People* v. *Colagna,* 201 App. Div. 888, appeal dismissed.

(Submitted January 22, 1923; decided January 30, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1922, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

The motion was made upon the ground of failure to file the required return.

*Joab H. Banton, District Attorney,* for motion.

No one opposed.

Motion granted.

---

PHILLIPS-JONES COMPANY, INC., Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.

*Contract — fidelity bonds — defense of breach of warranty in action upon fidelity bond.*

*Phillips-Jones Co., Inc.,* v. *Fidelity & Deposit Co.,* 200 App. Div. 629, affirmed.

(Argued January 17, 1923; decided February 2, 1923.)

APPEAL from a judgment, entered April 19, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover upon a fidelity bond insuring the plaintiff against larceny or embezzlement by an employee. The defense was violation of certain warranties contained in the application of the bond in that plaintiff failed to require of its employee weekly or monthly statements and weekly remittances of money and failed to make required examinations of his books.